

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00418-CV

**IN RE** Gary Wayne **INMON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

On June 20, 2019, relator filed a petition for writ of mandamus, in which he also requested a stay of trial set for June 24, 2019. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The request for a stay is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on June 21, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-1857--CV-C, styled *In the Matter of the Marriage of Christine Ann Inmon and Gary Wayne Inmon*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Daniel H. Mills presiding.